IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LARRY BROWN o/b/o Z.B., a minor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-1270-C |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United

States Magistrate Judge Gary M. Purcell on July 21, 2015. The court file reflects that no

party has objected to the Report and Recommendation within the time limits prescribed.

Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of Judge Purcell (Dkt. No. 19) is

adopted and the decision of the Commissioner denying disability insurance benefits is

affirmed. A judgment shall enter accordingly.

IT IS SO ORDERED this 18th day of August, 2015.

ROBIN J. CAUTHRON
United States District Judge